**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 99-7346

---

ALBERT CURTIS MILLS,

Plaintiff - Appellant,

versus

LIEUTENANT BRICE; SERGEANT HASKINS; SERGEANT
STATEN; OFFICER PUGH; OFFICER ROBINSON; CAP-
TAIN CHAMBERS; NURSE SARBENG,

Defendants - Appellees.

---

No. 00-6022

---

ALBERT CURTIS MILLS,

Plaintiff - Appellant,

versus

LIEUTENANT BRICE; SERGEANT HASKINS; SERGEANT
STATEN; OFFICER PUGH; OFFICER ROBINSON; CAP-
TAIN CHAMBERS; NURSE SARBENG,

Defendants - Appellees.

---

Appeals from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-
99-25-DKC)

Submitted: April 13, 2000          Decided: April 19, 2000

_____

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Albert Curtis Mills, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, David Phelps Kennedy, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Albert Curtis Mills appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint and denying his motion for injunctive relief.  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Mills v. Brice, No. CA-99-25-DKC (D. Md. Aug. 26 & Nov. 30, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2